No. 87–6027. ERVIN *v.* TRAXLER, JUDGE, SEVENTH JUDICIAL CIRCUIT OF SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 87–6029. WHITEHEAD *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 87–6065. KELLEY *v.* HAIL ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–6097. HUGHES *v.* SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.